# Exhibit B



PalmAgility®
Shortenings

# Bake confidently with PalmAgility®

## The Future of Oils® is here. A superior-performing, easy-to-use palm shortening that stands up to your most challenging baking demands.

Introducing an innovation in bakery shortenings. Smoother and creamier than other palm oil shortenings, PalmAgility® bakery shortenings are easy to work with, delivering strong performance over a wider temperature range. For greater peace of mind across your creations—from pies and donuts to cookies and cakes—count on PalmAgility products.



Cargill®

# Bake Confidently with PalmAgility®

## Created by baking experts with a focus on ease of use

The PalmAgility® shortening products were created and tested by our bakery applications experts on our R&D team. Attention was given to the formulation and processing to achieve the consistent and reliable performance needed to bake with ease. Comparing the performance attributes to standard palm oil shortenings, they identified the following product advantages:

| Feature | Benefit |
|---|---|
| Creamier texture | May aid in faster mixing time and better incorporation of ingredients |
| Reduced brittleness across a wider temperature range | Provides ease of storage and workability |
| Broader plasticity range | Maintains performance and texture across a broader range of temperatures |
| Faster crystallization rate | May increase control and reduce spread of fillings when depositing |
| Donut fry shortening has faster set up on the donut surface and less weeping over 24 hours | May speed up operations; maintains product appeal over a longer period of time |

### PalmAgility® 204 All-Purpose Shortening:

An all-around high performing bakery product, this shortening works well in a variety of applications including cookies, pies, cakes, etc. The smooth, creamy texture of this shortening may improve mix time and incorporation of ingredients.

### PalmAgility® 305 All-Purpose Shortening:

This all-purpose shortening provides similar performance benefits as PalmAgility 204 All-Purpose. It also works well for frying fresh donuts, imparting a less waxy mouthfeel and a more neutral flavor than other palm-based solutions.

### PalmAgility® 213/217 Donut Fry Shortenings:

These donut fry shortenings offer a faster set up on the donut surface and reduced oil weeping over 24 hours compared to standard palm-based donut fry shortenings. These performance attributes can contribute to the visual appeal of your donuts.

### PalmAgility® 302 Icing Shortening:

This is an icing shortening with a soft texture, which creates icings that spread smoothly even when stored at cooler temperatures (<65 degrees).

### PalmAgility® 210 Danish Shortening:

This shortening exhibits superior sheeting performance. Its creamy texture creates a pliable dough and helps reduce breakage during sheeting even when the dough is stored at temperatures below 65 degrees.

### PalmAgility® 507 Icing Shortening:

This icing shortening is specially formulated for buttercream style icings that need to hold up over an extended shelf life (6-9 months) and are generally sold in buckets for use in bakery outlets. It also works well fresh bakery applications and flat icings.

### PalmAgility® 516 Icing Shortening:

This icing shortening has a firmer texture than PalmAgility® 507 and is specially formulated for buttercream style icings used in fresh bakery applications (shelf life of 1-3 weeks). It also works well in flat icings and freeze/thaw applications.

**CONTACT**

Cargill
Global Edible Oil Solutions
15407 McGinty Rd W
Wayzata, MN 55391
1-800-644-6455

# PalmAgility® Product Line

| Product | Ingredient Statement | Typical Data | SKU/ SAP # | Pack Size |
|---|---|---|---|---|
| PalmAgility® 204 All-Purpose Shortening | Palm Oil | Mettler Dropping Pt: 102-110<br>SFC at 10°C 47-55<br>SFC at 30°C 10-16 | 110026296<br>110029104 | Bulk<br>Cube |
| PalmAgility® 305 All-Purpose Shortening | Palm Oil | Mettler Dropping Pt: 102-108<br>SFC at 10°C 48-55<br>SFC at 33.3°C 6-10 | 110031559 | Bulk |
| PalmAgility® 204 Filling Fat TBHQ150 Shortening | Palm Oil | Mettler Dropping Pt: 102-110<br>SFC at 10°C 47-55<br>SFC at 30°C 10-16 | 110027767 | Bulk |
| PalmAgility® 213 Donut Fry Shortening | Palm Oil | Mettler Dropping Pt: 107-120<br>SFC at 10°C 53-62<br>SFC at 30°C 15-20 | 110030133 | Bulk |
| PalmAgility® 217 Donut Fry Shortening | Palm Oil | Mettler Dropping Pt: 114-120<br>SFC at 10°C 58-64<br>SFC at 30°C 19-23 | 110030132 | Bulk |
| PalmAgility® 302 Icing Shortening | Palm Oil, Mono & Diglycerides, Polysorbate 60 | Mettler Dropping Pt: 99-105<br>SFC at 10°C 46-53<br>SFC at 33.3°C 5-9 | 110031663 | Cube |
| PalmAgility® 210 Danish Shortening | Palm Oil | Mettler Dropping Pt: 108-112<br>SFC at 10°C 52-59<br>SFC at 33.3°C 9-15 | 110031735 | Cube |
| PalmAgility® 507 Icing Shortening* | Palm Oil, High Oleic Canola Oil, Cottonseed Oil, Mono and Diglycerides and Polysorbate 60 | Mettler Dropping Pt: 103-111<br>SFC at 10°C 40-47<br>SFC at 20°C 24-30<br>SFC at 30°C 10-16<br>SFC at 40°C 9 max | 130006447 (RSPO MB) | Cube |
| PalmAgility® 516 Icing Shortening* | Palm Oil, Canola Oil, Mono and Diglycerides and Polysorbate 60 | Mettler Dropping Pt: 111-119<br>SFC at 10°C 42-49<br>SFC at 21.1°C 25-32<br>SFC at 33.3°C 10-15<br>SFC at 40°C 5-11 | 130027683 (RSPO MB) | Cube |

## CONTACT

Cargill
Global Edible Oil Solutions
15407 McGinty Rd W
Wayzata, MN 55391
1-800-644-6455

The information contained herein is believed to be true and correct under US law. All statements, recommendations or suggestions are made without guarantee, express or implied, and are subject to change without notice. We disclaim all warranties, express or implied, including any warranties of merchantability, fitness for a particular purpose and freedom from infringement and disclaim all liability in connection with the use of the products or information contained herein.

© 2022 Cargill, Incorporated. All rights reserved. (9/22)

*www.cargill.com*