**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BUNGE LODERS CROKLAAN USA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| CARGILL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**BUNGE LODERS CROKLAAN USA, LLC'S CORPORATE DISCLOSURE**
**STATEMENT**

Bunge Loders Croklaan USA, LLC ("BLC") is a limited liability company formed under the laws of the State of Illinois with its principal place of business located at 24708 West Durkee Road, Channahon, Illinois, 60410.

Pursuant to Federal Rule of Civil Procedure 7.1, BLC discloses it is a joint venture owned by two members: 80% indirectly owned by Bunge Global SA subsidiary and 20% owned by IOI Corporation Berhad (KLSE:  IOICORP).  Bunge Global SA is a publicly traded company (NYSE: BG) with no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  July 29, 2024                    **ARMSTRONG TEASDALE LLP**

By:   /s/ Jonathan Stemerman
Jonathan M. Stemerman (DE No. 4510)
1007 N. Market St., 3rd Floor
Wilmington, DE 19801
Telephone: (302) 416-9667
jstemerman@atllp.com

Richard L. Brophy (pro hac vice forthcoming)
Marc Vander Tuig (pro hac vice forthcoming)
Zachary S. Wiersma (pro hac vice forthcoming)
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070
rbrophy@atllp.com
mvandertuig@atllp.com
zwiersma@atllp.com

*Attorneys for Plaintiff Bunge Loders Croklaan USA,
LLC*

2