### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUNGE LODERS CROKLAAN USA, LLC,<br><br>      Plaintiff,<br> v.<br><br>CARGILL, INC.,<br><br>      Defendant. | C.A. No. 1:24-cv-00884-JCB |

### NOTICE REGARDING PLACE OF TRIAL AND HEARINGS

Pursuant to JCB-CV-77 of the Court's Order Regulating Practice for civil cases assigned to the Honorable J. Campbell Barker entered on May 15, 2025 in the above-captioned case, D.I. 50, Plaintiff Bunge Loders Croklaan USA, LLC ("Bunge") hereby provides notice that it does not consent to hearings or trial proceedings in the Eastern District of Texas, Tyler Division. Plaintiff Bunge does, however, consent to proceeding with hearings via telephone or video conference where appropriate.

                        Respectfully submitted,

                        */s/ James H. S. Levine*

OF COUNSEL:
Maia H. Harris, Esq.
TROUTMAN PEPPER LOCKE LLP
High Street Tower
111 Huntington Avenue, 9th Floor
Boston, MA 02199
Tel.: 617-204-5108
*maia.harris@troutman.com*

Dated: June 12, 2025

James H.S. Levine (DE Bar No. 5355)
TROUTMAN PEPPER LOCKE LLP
Hercules Plaza, Suite 1000
1313 Market Street
Wilmington, DE 19801
Tel.: 302-777-6536
*james.levine@troutman.com*

*Attorneys for Plaintiff Bunge Loders Croklaan USA, LLC*

316038449

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of June, 2025, I caused the foregoing **NOTICE REGARDING PLACE OF TRIAL AND HEARINGS** to be filed electronically with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                                                   */s/ James H.S. Levine*
                                                   James H.S. Levine (Del. Bar No. 5355)