# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BUNGE LODERS CROKLAAN USA, LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 24-884-JCB |
| v. | ) ) | |
| CARGILL, INC., | ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) | |

## CARGILL, INC.'S NOTICE REGARDING PLACE OF TRIAL AND HEARINGS

Pursuant to the Court's May 15, 2025 Order Regulating Practice JCB-CV-77 (D.I. 50), Defendant Cargill, Inc. provides notice that is does not consent to trial and hearings in the Eastern District of Texas, Tyler Division.

OF COUNSEL:

Tara C. Norgard
Samuel T. Lockner
Jennell C. Bilek
Hannah Mosby O'Brien
Seung Sub Kim
Carlson, Caspers,
Vandenburgh & Lindquist, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
(612) 436-9600
slockner@carlsoncaspers.com
jbilek@carlsoncaspers.com
tnorgard@carlsoncaspers.com
hobrien@carlsoncaspers.com
ekim@carlsoncaspers.com

Dated: June 12, 2025

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant*