**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BUNGE LODERS CROKLAAN USA, LLC<br><br>Plaintiff,<br><br>v.<br><br>CARGILL, INC.,<br><br>Defendant. | C.A. No. 1:24-cv-00884-JCB |

**<u>JOINT CLAIM CONSTRUCTION CHART</u>**

Pursuant to the Scheduling Order (D.I. 27) governing this case, Plaintiff Bunge Loders Croklaan USA LLC and Defendant Cargill Incorporated hereby submit the attached Joint Claim Construction Chart for U.S. Patent No. 7,645,473 ("the '473 patent") identifying for the Court, the term(s)/phrase(s) of the claims in issue including each party's proposed construction of the disputed claim language with citation(s) only to the intrinsic evidence in support of their respective proposed constructions, as well as an explanation of why resolution of the dispute makes a difference. *See* Scheduling Order (D.I. 27) at ¶6.

Further to the Court's Scheduling Order (D.I. 27 at ¶6), copies of the '473 patent and those portions of the intrinsic record relied upon are submitted concurrently herewith:

1) U.S. Patent No. 7,645,473 ("the '473 Patent", Exhibit A, BUNGE000001-BUNGE000006); and
2) U.S. Patent No. 7,645,473 Prosecution History ("the '473 Prosecution History", Exhibit B, BUNGE000007-BUNGE000290).

OF COUNSEL:

Maia H. Harris, Esq.
TROUTMAN PEPPER LOCKE LLP
111 Huntington Avenue, 9th Floor
Boston, MA 02199
Tel: 617-204-5108
Email: Maia.Harris@troutman.com

*Counsel for Plaintiff Bunge Loders Croklaan USA, LLC*

*/s/ James H. S. Levine*
James H. S. Levine (DE Bar No. 5355)
TROUTMAN PEPPER LOCKE LLP
1313 Market Street, Suite 1000
Wilmington, DE 19801
Tel: 302-777-6536
james.levine@troutman.com

*Counsel for Plaintiff Bunge Loders Croklaan USA, LLC*

OF COUNSEL:

Tara C. Norgard
Samuel T. Lockner
Jennell C. Bilek
Hannah Mosby O'Brien
Seung Sub Kim
CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Tel: 612-436-9600
slockner@carlsoncaspers.com
jbilek@carlsoncaspers.com
tnorgard@carlsoncaspers.com
hobrien@carlsoncaspers.com
ekim@carlsoncaspers.com

*Counsel for Defendant Cargill, Inc.*

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: 302-651-7700
farnan@rlf.com
metzler@rlf.com

*Counsel for Defendant Cargill, Inc.*

## DISPUTED CLAIM TERMS

### 1) U.S. Patent No. 7,645,473 ("the '473 Patent", *see* Exhibit A hereto)

| '473 Patent Claim Term/Phrase to be Construed | Plaintiff Bunge's Proposed Construction, Intrinsic Evidence, and Why Resolution Matters | Defendant Cargill's Proposed Construction, Intrinsic Evidence, and Why Resolution Matters | Claim(s) in which Term Appears |
|---|---|---|---|
| "wherein the triglyceride content of the composition is:<br>6 to 20% SSS,<br>5 to less than 20% SUS<br>5 to less than 25% SSU<br>10 to 39 $SU_2$ and<br>at least 20% $U_3$,<br>… and all percentages are by weight" | **Proposed Construction**: Not indefinite<br><br>**Intrinsic Evidence**: *See, e.g.*, '473 Patent; *see, e.g.*, '473 Patent Prosecution History<br><br>**Why Resolution Matters**: Plaintiff does not presently believe that any claim constructions by the Court are necessary for this claim term and phrase, in view of the claim language and the specification. | **Proposed Construction**: Indefinite<br><br>**Intrinsic Evidence**: *See, e.g.*, '473 Patent; *see, e.g.*, '473 Patent Prosecution History. Nothing in the intrinsic record informs a person of ordinary skill in the art of the scope of the invention with reasonable certainty.<br><br>**Why Resolution Matters**: The disputed phrase is recited in each of the asserted claims and, should the Court find it indefinite, all asserted claims are invalid. | 1, 6-8, 11, 13, 15, 17, 19-20, 24 |

| ’473 Patent Claim Term/Phrase to be Construed | Plaintiff Bunge’s Proposed Construction, Intrinsic Evidence, and Why Resolution Matters | Defendant Cargill’s Proposed Construction, Intrinsic Evidence, and Why Resolution Matters | Claim(s) in which Term Appears |
|---|---|---|---|
| “the weight ratio SUS/SSU is between 0.5 and 2.0,” | **Proposed Construction**: Not indefinite<br><br>**Intrinsic Evidence**: *See, e.g.*, ’473 Patent; *see, e.g.*, ’473 Patent Prosecution History<br><br>**Why Resolution Matters**: Plaintiff does not presently believe that any claim constructions by the Court are necessary for this claim term and phrase, in view of the claim language and the specification. | **Proposed Construction**: Indefinite<br><br>**Intrinsic Evidence**: *See, e.g.*, ’473 Patent; *see, e.g.*, ’473 Patent Prosecution History. Nothing in the intrinsic record informs a person of ordinary skill in the art of the scope of the invention with reasonable certainty.<br><br>**Why Resolution Matters**: The disputed phrase is recited in each of the asserted claims and, should the Court find it indefinite, all asserted claims are invalid. | 1, 6-8, 11, 13, 15, 17, 19-20, 24 |

| **’473 Patent Claim Term/Phrase to be Construed** | **Plaintiff Bunge’s Proposed Construction, Intrinsic Evidence, and Why Resolution Matters** | **Defendant Cargill’s Proposed Construction, Intrinsic Evidence, and Why Resolution Matters** | **Claim(s) in which Term Appears** |
|---|---|---|---|
| “wherein the $S_2U$ content is less than 35%” | **Proposed Construction**: Not indefinite<br><br>**Intrinsic Evidence**: *See, e.g.*, ’473 Patent; *see, e.g.*, ’473 Patent Prosecution History<br><br>**Why Resolution Matters**: Plaintiff does not presently believe that any claim constructions by the Court are necessary for this claim term and phrase, in view of the claim language and the specification. | **Proposed Construction**: Indefinite<br><br>**Intrinsic Evidence**: *See, e.g.*, ’473 Patent; *see, e.g.*, ’473 Patent Prosecution History. Nothing in the intrinsic record informs a person of ordinary skill in the art of the scope of the invention with reasonable certainty.<br><br>**Why Resolution Matters**: The disputed phrase is recited in claim 6 and, should the Court find it indefinite, asserted claim 6 would be invalid. | 6 |

| ’473 Patent Claim Term/Phrase to be Construed | Plaintiff Bunge’s Proposed Construction, Intrinsic Evidence, and Why Resolution Matters | Defendant Cargill’s Proposed Construction, Intrinsic Evidence, and Why Resolution Matters | Claim(s) in which Term Appears |
|---|---|---|---|
| “wherein the $S_3$ content is greater than 8%” | **Proposed Construction**: Not indefinite<br><br>**Intrinsic Evidence**: *See, e.g.*, ’473 Patent; *see, e.g.*, ’473 Patent Prosecution History<br><br>**Why Resolution Matters**: Plaintiff does not presently believe that any claim constructions by the Court are necessary for this claim term and phrase, in view of the claim language and the specification. | **Proposed Construction**: Indefinite<br><br>**Intrinsic Evidence**: *See, e.g.*, ’473 Patent; *see, e.g.*, ’473 Patent Prosecution History. Nothing in the intrinsic record informs a person of ordinary skill in the art of the scope of the invention with reasonable certainty.<br><br>**Why Resolution Matters**: The disputed phrase is recited in claim 7 and, should the Court find it indefinite, asserted claim 7 would be invalid. | 7 |

| ’473 Patent Claim Term/Phrase to be Construed | Plaintiff Bunge’s Proposed Construction, Intrinsic Evidence, and Why Resolution Matters | Defendant Cargill’s Proposed Construction, Intrinsic Evidence, and Why Resolution Matters | Claim(s) in which Term Appears |
|---|---|---|---|
| “wherein the weight ratio of (saturated fatty acid residues having 18 to 24 carbon atoms)/(saturated fatty acid residues having 16 carbon atoms) in the total S content of the triglycerides is less than 0.15” | **Proposed Construction**: Not indefinite<br><br>**Intrinsic Evidence**: *See, e.g.*, ’473 Patent; *see, e.g.*, ’473 Patent Prosecution History<br><br>**Why Resolution Matters**: Plaintiff does not presently believe that any claim constructions by the Court are necessary for this claim term and phrase, in view of the claim language and the specification. | **Proposed Construction**: Indefinite<br><br>**Intrinsic Evidence**: *See, e.g.*, ’473 Patent; *see, e.g.*, ’473 Patent Prosecution History. Nothing in the intrinsic record informs a person of ordinary skill in the art of the scope of the invention with reasonable certainty.<br><br>**Why Resolution Matters**: The disputed phrase is recited in claim 8 and, should the Court find it indefinite, asserted claim 8 would be invalid. | 8 |

## CERTIFICATE OF SERVICE

I, James H.S. Levine, hereby certify that on this 22nd day of August, 2025, the **JOINT CLAIM CONSTRUCTION CHART (WITH EXHIBITS A-B)** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to all counsel of record who are registered with the CM/ECF system.

*/s/ James H.S. Levine*
James H.S. Levine (No. 5355)